**Order filed June 4, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00575-CV

**GRACIE NGUYEN; PATRICK SANCHEZ; TAMARA AND DERRICK O'NEAL, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF DE'ANDRE TATUM, DECEASED; ERICA D. HALL; CURTISHA DAVIS; ARTHUR ZAMARRIPA, AS NEXT FRIEND OF A.Z.; AND WLLLAM JOSMA, Appellants**

**V.**

**SXSW HOLDINGS, INC.; SXSW LLC; PATRICK LOWE; TRANSPORTATION DESIGN CONSULTANTS; AND THE CITY OF AUSTIN, Appellees**

On Appeal from the 261st District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-17-002229

## O R D E R

The clerk's record was filed August 25, 2017. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Travis County District Clerk is directed to file a

supplemental clerk's record on or before **June 11, 2019** containing the **Plaintiff William Josma's Amended Petition filed March 15, 2016 in cause number D-1-GN-16-001142**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM